UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SANJAY SOOKUL, on behalf of himself and all others similarly situated,<br><br>                              Plaintiff,<br><br>                -against-<br><br>ARCHIPELAGO GROUP, LLC,<br><br>                              Defendant. | 24-CV-321 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

      Pursuant to the Court's January 17, 2024 Order, ECF No. 5, the parties were required to file a joint letter and proposed Civil Case Management Plan and Scheduling Order no later than April 25, 2024. To date, the parties have not done so. As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **April 29, 2024**.

      SO ORDERED.

Dated: April 26, 2024
       New York, New York

                                                    ARUN SUBRAMANIAN
                                                  United States District Judge