UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SANJAY SOOKUL, on behalf of himself and all others similarly situated, <br><br>                       Plaintiff, <br><br> -against- <br><br> ARCHIPELAGO GROUP, LLC, <br><br>                       Defendant. | 24-CV-321 (AS) <br><br> <u>ORDER</u> |

ARUN SUBRAMANIAN, United States District Judge:

      Discovery in this case is to be completed by August 22, 2024. Dkt. 21. Accordingly, no later than **August 20, 2024**, the parties are hereby ORDERED to file a joint letter indicating whether either party intends to file a dispositive motion. As stated in the case management plan, dispositive motions are due by September 3, 2024. If neither party will be filing dispositive motions, the joint letter should indicate dates in October and November that the parties are available for trial.

      SO ORDERED.

Dated: August 16, 2024
       New York, New York

                                                        ARUN SUBRAMANIAN
                                                     United States District Judge