UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SANJAY SOOKUL,<br><br>        Plaintiff,<br><br>-against-<br><br>ARCHIPELAGO GROUP, LLC,<br><br>        Defendant. | 24-CV-321 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

  Pursuant to the Court's August 16, 2024 Order, ECF No. 13, the parties were required to file a joint letter indicating whether either party intends to file a dispositive motion and, if not, proposing trial dates in October or November. To date, the parties have not done so. As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **August 22, 2024**.

  SO ORDERED.

Dated: August 21, 2024
    New York, New York

                      ARUN SUBRAMANIAN
                      United States District Judge