UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SANJAY SOOKUL,

                      Plaintiff,

-against-

ARCHIPELAGO GROUP, LLC,

                      Defendant.

24-CV-321 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

      Pursuant to the Court's August 16, 2024 order, Dkt. 13, the parties were required to file a joint letter indicating whether either party intends to file a dispositive motion and, if not, proposing trial dates in October or November. The parties failed to do so. On August 21, 2024, the Court *sua sponte* extended the deadline until August 22, 2024. Dkt. 14. The parties have still failed to comply with the Court's orders. As a courtesy, the deadline is hereby EXTENDED, *nunc pro tunc*, to **August 27, 2024**.

      **If no response is filed by the deadline set forth above, the case will be dismissed for failure to prosecute without further notice to the parties, and potential sanctions for failure to comply with the Court's orders.**

      SO ORDERED.

Dated: August 23, 2024
       New York, New York

                                              ARUN SUBRAMANIAN
                                              United States District Judge